DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ (State Bar # 62386)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel.: (415) 989-4730
Fax: (415) 989-0491
File No. 52,860

Attorneys for Plaintiff
GARDEN CITY BOXING CLUB, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JOSE DELGADILLO OSORIO, individually and dba PEPITO'S PUMP HOUSE, <br><br> Defendant. | CASE NO. CV-07-07665-WDK (PJWx) <br><br> EX PARTE APPLICATION FOR ENTRY OF ORDER AUTHORIZING PROCESS SERVER TO LEVY EXECUTION PURSUANT TO C.C.P. § 699.080 |

COMES NOW Plaintiff GARDEN CITY BOXING CLUB, INC., who hereby moves this court ex parte for the issuance of an order authorizing the use of a process server to levy and execute under C.C.P. § 699.080, in the place and in lieu of the United States Marshal.

DATED: July 1, 2008                COOK COLLECTION ATTORNEYS

                                   By: /s/ David J. Cook
                                       DAVID J. COOK, ESQ. (SB# 060859)
                                   Attorneys for Plaintiff
                                   GARDEN CITY BOXING CLUB, INC.,

F:\USERS\DJCNEW\osorio.exps